08CV3095

# JUDGE MANNING

FC **MAG.JUDGE VALDEZ**

CHICAGO ILLINOIS 60604

**RECEIVED**

MAY 20 2008 *aew*
*MAY 29 2008*
**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

| | |
|---|---|
| STANLEY A. SLUPKOWSKI<br><br>PETITIONER,<br><br>V<br><br>OFFICE OF THE INSPECTOR GENERAL<br>FOR THE SOCIAL SECURITY INVEST-<br>IGATIONS ASSISTANT, DIVISION<br>SPECIAL AGENT IN CHARGE<br>200 W ADAMS STREET STE 2951<br>CHICAGO IL., PH 312-353-8516<br><br>JUDGE ADVOCATE GENERAL<br>DEPARTMENT OF THE UNITED STATES<br>NAVY, GREAT LAKES NAVAL TRAIN-<br>ING CENTER 2601 A PAUL JONES<br>STREET GREAT LAKES IL., 60088-<br>5000 PH 847-688-2500<br><br>REGIONAL COUNSEL VETERANS AFF-<br>AIRS, METROPOLITAN AREA CHICAGO<br>536 SOUTH CLARK STREET P.O. BOX<br>8136, CHICAGO IL., 60680<br><br>RESPONDENT(s) | CIVIL COMPLAINT PURSUANT TO 28:1361<br>ACTION TO COMPEL AN OFFICER OF THE<br>UNITED STATES TO PREFORM HIS DUTY.<br><br>CIVIL COMPLAINT PURSUANT TO 10:1552<br>SECRETARY OF THE NAVY COURT PROCEEDINGS<br><br>CIVIL COMPLAINT PURSUANT TO 10:6160<br>SERVICE OVER TEN YEARS USN DISABILITY<br><br>CIVIL COMPLAINT PURSUANT TO 38:109<br>SERVICE ALLIED SERVICE WWII<br><br>PURSUANT TO 28:1915N14 WHO IS PRISONER<br>THE PETITIONER IS CIVILLY COMMITED,<br>AND THIS PROCEEDINGS HAS NOTHING TO DO<br>WITH PRISON LITIGATION REFORM ACT (PLRA)<br>PURSUANT TO 28:1915N33 MERITS OF ACTION,<br>NOR SUBJECTING HIM TO INMATE ACCOUNTING<br>PROCEDURES, EXHAUSTION REQUIREMENTS,<br>OR THREE STRIKE RULE 201 F3D 1136, AND<br>247 F3D 726.<br><br>THIS IS A DEPARTMENT OF THE NAVY<br>PROCEEDINGS AND HAS NOTHING TO DO WITH<br>BUREAU OF PRISONS OR PUBLIC HEALTH<br>SERVICE, (ROCHESTER MN., BUTNER., OR<br>WASHINGTON D.C.).  BUREAU OF PRISONS<br>IS RESPONSIBLE FOR MATTERS ONLY PERTAIN-<br>ING TO THEIR FACILITY AND NOWHERE ELSE.. |

THE DISTRICT COURTS SHALL HAVE ORIGINAL JURISDICTION OF ANY ACTION
IN THE NATURE OF MANADAMUS TO COMPEL AN OFFICER OR EMPLOYEE
OF THE UNITED STATES OR ANY AGENCY THEREOF TO PREFORM A DUTY
OWED TO THE PETITIONER.

1. For the last (55) years since 23 Dec 1953, the petitioner has been

trying to hold proceedings in Federal, State and Local Courts in Illinois.

2. The petitioner was born in Auschwitz Poland on 1 April 1944, a

nazi concertration camp.  Mother Anna A15083 was executed after birth

of son, mother worked as a Polish Prostitute in the concertration camp

since age 12, executed age 16.  Son was taken to Warsaw Ghetto Poland

on 1 April 1944, by Leon Kozlowski whom gave the petitioner his name,

Kozlowski was in his seventies, the Germans never thought the baby would survive, was only allowed to live since his father was a German officer. The petitioner became part of the Polish Resistance under the authority of the French Foreign Legion, the petitioner served as a baby as the Battery Commander of the 1ST Polish 155MM Gun Battery, I am their Legacy, and sole surviver of the Gun Battery. The oldest in the Gun Battery was Marie the Battery First Sergeant, a (13) year old women. On 1 September 1946, the petitioner arrived in Chicago IL., under the United Nations Displaced Persons Orphan Program of World War II, same a actor Audrey Hepburn. The real Stanley A Slupkowski past away within and was buried in Saint Aldaberts Cemetery, Niles IL., before the White Eagle complex also in Niles IL., on Milwaukee Road. Leon Kozlowski was to old to take care of the petitioner to the family of Slupkowski then at 2606 Norht Spalding Avenue Chicago IL., after there son past away, this took place with 6-8 weeks after 23 Aug 1946. Birth certificate was not filed until over a month after the birth of the real Slupkowski, because he was dead, by some unknown reason. Since Kozlowski could not further take care of the petitioner had to be returned to Europe or find a family to accept him, the Slupkowski's accepted the petitioner.

3. The family is made up of Solidarity, members, the structure came over from Poland in 1890, Leon Slupkowski, headed the organization, Solidarity has been around of thousands of years, first came to light as an organization in 1025, when Poland became the second country to become a Republic, (PO) means free and (POLAND) means freeland. The Solidarity movement is like the Masons, around for thousands of years, did not become to be known until 500 years ago in Scotland, both organizations are broterhoods and labor unions, by religion.

4.  In the family there are Chicago IL., Police Officers, Members of
the Catholic Archdiocese of Chicago IL., Navy Reserve (Navy Peir),
Active Duty Navy and Marine Corps.  The petitioner joinded the U.S.
Marine Corps on 23 August 1963, served over 14 years active duty. In
World War II the petitioner served with the French Foreign Legion for
2½ years, and on 1 Mar 1948, was placed back into the French Foreign
Legion for another 6½ years by his uncle in CA., Leo Slupko a Chief
Executive officer of Lockheed Aricraft Corportation of Los Angeles
CA., the petitioner foster mother in Chicago IL., was having sexual
intercourse before he was three years old, before the petitioner was
four the petitioner started seeing counselors, police, and on 1 Mar 48,
the Catholic Church, and was told children should be seen not heard,
was put on an aircraft and sent to CA., met uncle Leo Slupko and was
placed in the French Foreign Legion and sent to French Indo China, for
a subitution for a member of Lockheed Aircraft Corporation to receive
anmesty for crimes against humanity, for services in conceration camp
during World War II.  France would provide anmesty for six years or
more in French Indo China.  The petitioner served 6½ years in French
Indo China and was returned after Diem Biem Phu 7 May 1954, the petitioner
was released from French Indo China and arrived 1 Sep 1954, in Chicago
IL., on 23 December 1953, the petitioner filed with the District Court
in Chicago IL., upon his return from French Indo China to be sent to
Montreal, Quebec Cananda under the name of Post, whcih is translation of
Slupkowski to English.  The petitioner was returned to the same family
Slupkowski in Chicago IL., to work matters out, There was no hearing
in Chicago IL., District Court and nothing was ever worked out concerning
any problems with the family relations.  The petitioner served 10 years
in the French Foreign Legion, and is entitled to Veterans Benefits for
service in Allied Armed Forces pursuant to: 38:109.  And benefits for

service for over 14 years active duty U.S. Marine Corps to include
three 13 Months tours in Viet Nam 1965-1970. Currentlly, receives
service connected disability from the Veterans Affairs starting 2 July
1962, with funding from 2 January 1978, after discharged from the U.S.
Marine Corps pursuant to: 38:1110, and 10:6160 over ten years service
Deartment of the Navy.

5.  The petitioner since 2 January 1961 has been trying to get all of
his medical records consolidated and since 4 May 1977, to transfer
all records to District of Columbia District Court for Disability review
hearing as filed with the Secretary of the Navy Court Board of Naval
Correctiosn of Military Records and Injustices. What the petitioner
wants is to subpoena the Respondent(s), listed in the prime petition,
Social Security, Veterans Affairs and Department of the Navy to the
District Court Chicago IL., to transfer all records to this District
Court for consolidation, and transfer to the District Court District
of Coomumbia for pernment retention, no records in CA., IL., or VA.,
just legal proceedings. There is no Presidental, Governortorial,
Congressional, or Senatoral hearings in CA., IL., VA.,. The petitioner
requested Mast with Vice President Nixon 2 Jan 1961, and President
Reagan on 17 Nov 1983, in the District of CA., Courthouse Los Angeles
CA., neither request was held. These two mast dealt with Department
of the Navy and Marine Corps only, no Veterans Affairs, no Social
Security, no State of CA.,. Petitioner afforded president Clinton
a meeting in CA., IL., or VA., concerning the closing of military
installations and how they effect the economy. The mailgram was
never sent therefore was no response accpeted from President Clinton
the mailgram was dated 20 Jan 1993, and the petitioner was detained
on 20 April 1993, with the mailgram in the petitioners room upon
search of personal property in the room in Dumfries VA.,. There is

a petition filed for a Presidental party hearing with Bureau of Prions and the District Court Raleigh NC., for termination of Civilly Commited under the authority of the U.S. Attorney General and to transfer the authority to the Secretary of Health and Human Services, (This is the second filing of petition), the petitioner is not needed to attend the proceeding the proceedings is for Bureau of prisons, and the court to show justification as to the contintution of the Civilly Commited under the authority of the Attorney General.  There are proceedings in the District of Columbia, and CA., which deal with Department of the Navy, but do not deal with Bureau of Prisons or Public Health Services. There proceedings are seperate in District of Columbia and NC.,. After all records are turned over to the Court in Chicago IL., then they will be sent to District of Columbia for pernment retention, and the Department of the Navy, and Marine Corps, Veterans Affairs, Social Secruity, and Washington D.C. Police Department will sign the documents for legal proceedings in CA.,.  The proceedings in CA., are from 15 May 1945 thru 4 April 1984, Conspiracy to over throw the Allied Nations in behalf of communism.  (This is committees CA4 and CA5), there are so many different committees (the petitioner, Police, Bureau of Prisons Social Security, Public Health Services all have their own committes), therefor every thing is confusing.


## RELEIF SOUGHT

1.  To subpoena the respondents to the District Court Chicago IL., have them surrender all records and transfer the records to District of Columbia to be held throught out the proceedings in CA., IL., and VA., there is no need for any records since 2 Jan 1961 (47) years in CA., IL., or VA.,.

PAGE 5 OF 6

21 May 2008                          STANLEY A. SLUPKOWSKI

CERTIFICATE OF SERVICE

JUDGE GEORGE W. LINDBERG
U.S. DISTRICT COURT
NOTHERN DISTRICT OF IL.,
219 SOUTH DEARBORN STREET
CHICAGO IL., 60604.

CERTIFIED MAIL 7001 2510 0006 6986 1954
RETURN RECEIPT REQUESTED

21 May 2008

*Stanley U. Slupkowski*

STANLEY A. SLUPKOWSKI PRO SE:
FMC 19289-083 BLDG 1-2
FEDERAL MEDICAL CENTER
P.O. BOX 4000
ROCHESTER MN., 55903-4000

NOTE The delay in responding to this to the letter of the court of
Judge holderman, is due to Correction Counselor STALKA refused to
allow the petitioner to procure over three books of stamps in one
week, the petitoner used three books to send petitions to District
Court of Appeals Federal Circuit District of Columbia and Raleigh NC.,
District Court and Appeals Court Fourth Circuit Richmond VA.,.

*Stanley U. Slupkowski*

21 May 2008                    STANLEY A. SLUPKOWSKI PRO SE:

UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
219 SOUTH, DEARBORN STREET
CHICAGO ILLINOIS 60604

RECEIVED

MAY 20 2008  aew
MAY 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| STANLEY A. SLUPKOWSKI<br>FMC 19289-083 BLDG 1-2<br>FEDERAL MEDICAL CENTER<br>P.O. BOX 4000<br>ROCHESTER MN., 55903-4000 | ) CIVIL COMPLAINT PURSUANT TO: 28:1361<br>) ACTION TO COMPEL AN OFFICER OF THE<br>) UNITED STATES TO PREFORM HIS DUTY.<br>)<br>) CIVIL COMPLAINT PURSUANT TO 10:1552<br>) SECRETARY OF THE NAVY COURT PROCEEDINGS<br>) |
| PETITIONER, | ) CIVIL COMPLAINT PURSUANT TO 10:6160 |
| V. | ) SERVICE OVER TEN YEARS USN DISABILITY<br>) |
| OFFICE OF THE INSPECTOR GENERAL<br>FOR THE SOCIAL SECURITY INVEST-<br>IGATIONS ASSISTANT, DIVISION<br>SPECIAL AGENT IN CHARGE.<br>200 W ADAMS STREET STE 2951<br>CHICAGO IL. PH 312-353-8516 | ) CIVIL COMPLAINT PURSUANT TO 38:109<br>) SERVICE ALLIED SERVICE WWII<br>)<br>) PURSUANT TO 28:1915N14 WHO IS PRISONER<br>) THE PETITIONER IS CIVILLY COMMITED,<br>) AND THIS PROCEEDINGS HAS NOTHING TO DO<br>) WITH PRISON LITIGATION REFORM ACT (PLRA)<br>) PURSUANT TO 28:1915N33 MERITS OF ACTION. |
| JUDGE ADVOCATE GENERAL<br>DEPARTMENT OF THE UNITED STATES<br>NAVY, GREAT LAKES NAVAL TRAIN-<br>ING CENTER 2601 A PAUL JONES<br>STREET GREAT LAKES IL., 60088-<br>5000 PH 847-688-2500 | ) NOR SUBJECTING HIM TO INMATE ACCOUNTING<br>) PROCEDURES, EXHAUSTION REQUIREMENTS,<br>) OR THREE STRIKES RULE 201 F3D 1136, AND<br>) 247 F3D 726.<br>)<br>) THIS IS A DEPARTMENT OF THE NAVY |
| REGIONAL COUNSEL VETERANS AFF-<br>AIRS, METROPOLITAN AREA CHICAGO<br>536 SOUTH CLARK STREET P.O. BOX)<br>8136, CHICAGO IL., 60680 | ) PROCEEDINGS AND HAS NOTHING TO DO WITH<br>) BUREAU OF PRISONS OR PUBLIC HEALTH<br>SERVICE, (ROCHESTER MN., BUTNER NC., OR<br>WASHINGTON D.C..)<br>) |
| RESPONDENT(S) | )<br>) CASE NO _____<br>)<br>) |

ACTION TO COMPEL AN OFFICER OF THE UNITED STATES
TO PREFORM HIS DUTY

1. The District Courts shall have original jurisdiction of any action
in the nature of manadamus to compel an officer of employee of the
United States or any agency thereof to preform a duty owed to the
petitioner.

A. PREVIOUS LAWSUITS:

1. On 4 May 1977, the petitioner filed DD-149 for hearing with
the Secretary of The Navy Court for The Corrections of Military Records
and Injustices, for Disability Review Pursuant To: 10:1552, 10:6160

and 38:109.  On 15 Feburary 1978, Esquire Thompson of Manassas VA.,
refiled the DD-149 for hearing for The Disability Review known as
committee 5 ECHO E, originally to be held at Naval Annex, Arlington
VA.,.  Since 2 January 1961, the petitioner has been trying to get
all of his medical records worldwide consolidated, and since 4 May
1977, all transfered to District of Columbia District Court to be
held pernmently in the District of Columbia through out all proceedings
of the States of CA., IL., and VA.,.  The petitioner has filed every
year since 4 May 1977 thru present in District of Columbia Metropolitan
area.  No responses or at FCC Butner NC., Case Manager King on 15
December 2004 tried to return over ten years of legal mail addressed
to respondents, District Courts, State Courts, Municipal Courts,
Members of both Houses of Congress, Secretries, Attorneys, Judge
Advocate Generals, Naval and Marine Corps Directors Offices, in many
to the United States, Embassys, AS **UNDELIVERABLE**, the petitioner did
refused to accept the **UNDELIVERABLE LEGAL MAIL**, and on 15 Jan 2005,
Correction Counselor Mckeithen tried to return over ten years of
**UNDELIVERABLE LEGAL MAIL** to the petitioner, he refused again, even
at FMC Rochester MN., **LEGAL MAIL UNDELIVERABLE** is still trying to be
returned to the petitioner, the mail really never leaves the facility.
The petitioner wil never accept **RETURNED UNDELIVERABLE LEGAL MAIL**.  The
family unit in Chicago IL., CA., NE., NY., is pernmently ended on
28 October 1973, Due to a conspiracy between the Navy, Marine Corps,
Catholic Archdiocese of Chicago IL., Chicago IL., Police Department
and relatives thereof.

     **"ON 23 JANUARY 2005, THE STRUCTURE WILL NO LONGER ACCEPT THE
ORDER OR RESTRAINMENT ISSUED 26 FEB 1986, CIRCUIT COURT CHICAGO IL.,
FOR A FUEDING PARTIES TO REFRAIN; FROM ANY CONTACT UNTIL ALLOWED LEGAL
PROCEEDINGS IN FEDERAL, STATE AND PROBATE COURT CHICAGO IL., AS OF THIS
DATE THE RESTRAINING ORDER IS NO LONGER ACCEPTED, IF WE HAVE TO HAVE
ANYTHING TO DO WITH THESE INDIVIDUALS IN CA., IL., NE., NY., THEY WILL
BE EXECUTED ON SIGHT".**

     The petitioner wishes to never hear anything more concerning
relatives they do not exists, since 28 October 1973.  There is no
next of kin, relatives, guardians of family, pernmently ended.



B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES:

All remedies under The Department of The Navy were exhausted, priorlly to 4 May 1977, last opinion, was to file a DD-149 Request for hearing with The Secretary of The Navy, Court Board of Naval Corrections.  Bureau of Prisons, and Public Health Service has no authority to interfer with another Agencies concern.  Bureau of Prisons, and Public Health Service has no authority to interfer with another facility of Bureau of Prisons concern.  Pursuant To: 28:1915N14 Pertains only to "PRISONERS", not other Agencies, Pursuant To: 28:1915N33 does only pertain to "PRISONERS", (PLRA) Prisoner Litigation Reform Act only pertains to "PRISONERS", not civilly commited, pre-trial, or detainees of The U.S. Attorney General, or (NIS), does not pertain to other agencies concern.

C.  JURISDICTION:

This complaint alleges that the Civil Rights, and Contintutional Rights of the petitioner, Stanley A. Slupkowski (FMC 19289-083) BLDG 1-2 who presently resides at, Federal Medical Center, P.o. Box 4000, Rochester MN., 55903-4000, were violated by the actions of the respondent(s) named below, which actions were directed against petitioner at, U.S. CONGRESS House of Representatives, Washington D.C.. (It is doubtful that the agency has ever received any document, or petitioner from District Courts of VA., NC., MD., or Washington D.C., all addressed to The Office of The Inspector General House of Representatives, Washington D.C. or to the Congressional liasion of Military Services). P;etitions were address to their agencies offices in Washington D.C. Chicago IL., Los Angeles CA., Raleigh NC., Charlotte NC., Elizabeth NC., Roanoke VA., Alexandria VA., Baltimore MD., all with no response or **RETURNED AS UNDELIVERABLE LEGAL MAIL**, on 15 Dec 2004 Case Manager FMC Butner NC., tried to return over (10) years of **UNDELIVERABLE LEGAL MAIL**, the petitioner refused the **UNDELIVERABLE LEGAL MAIL**, on 15 Jan 2005, Correction Counselor Mckeithen also tried to return the (10) years of **UNDELIVERABLE LEGAL MAIL**, the petitioner refuses to accept any **UNDELIVERABLE LEGAL MAIL**, mail addressed to Congress, Agencies of The Federal, State and Local Governments, Court Houses, Courts, U.S. POSTAL OFFICES  are **UNDELIVERABLE**, to Federal Correction Complex Butner NC., and Federal Medical Center, Rochester MN., the petitioner will never accept **UNDELIVERABLE LEGAL MAIL**, 100% of **UNDERLIVERABLE LEGAL MAIL** has never left the facility.  Pursuant To: Johnson V Avery (1969) 393 US 483, 21 L ED 2D 718, 89 S CT 747, censorship

of petitioners "LEGAL MAIL", censorship of petitioners "NON LEGAL MAIL", Relief under Federal Civil Rights Acts to petitioners complaining of denial of services reqested.  Relief under Federal Civil Rights Acts of petitioners complaining of interference with access to courts, 86 L ED 2D 758 (Right of petition and assembly under Federal Constitution's First Amendment Supreme Court Cases), 52 L ED 2D 779 (What, in view of Supreme Court, constitutes the constitutional right of access to the Courts), and Phelps V U.S. FEDERAL GOVERNMETN 15 F3D 735 (8th CIR 1994) (FMC ROCHESTER MN., AND FMC DEVENS, FCC BUTNER NC., SFMCP SPRING-FIELD MO.,). Any proceedings obstructed, mail obstructed, mail returned will allow refile, or petitions to Appeal and Supreme Courts, denial of judgments and invalidations of decisions, causing refile.  The petitioner will contintue to refile until the proceedings are held and the proper decision is obtained.

In order to hold any proceedings in The District of Columbia, all Department of The Navy and Marine Corps records, Veterans Affairs and Social Security records must all be turned over to the District Court District of Columbia for pernment retention through out all proceedings of the states of CA., IL., and VA.,.  Records are pernment retention from 2 Jan 1961 (47) years there is **NO KNOWN REASON FOR ANY RECORDS OF ANY GOVERNMENT AGENCY TO BE USED IN CA., IL., OR VA.,..**  The conspiracy started in Chicago IL., on 1 September 1946, the petitioner has petitioned the Courts for hearings in Chicago IL., since 23 December 1953, nothing has ever been held.  This petition is one of many filed (Sent to Chicago IL.,), which were never received or never responded too. The petitioner has sent petitions, filed petitions with the respondents with no response.

1.   Inspector General for The Social Security Investigation Assistant, Division Special Agent in Charge.

  200 W Adams Street Ste 2951 Chicago IL., 60606

  Inspector General (Social Security Administration)

  Respondent:

2.   Department of The Navy and Marine Corps, Great Lakes Naval Training Center

  2601 A Paul Jones Street Great Lakes IL., 60088-5000

  Judge Advocate General

  Respondent:

3. Department of Veterans Affirs, Regional Director Veterans Affairs
   Metropolitan Area Chicago IL.,

   536 South Clark Street P.O. BOX 8136, Chicago IL., 60680

   Regional Counsel for Veterans Affairs

   Respondent:

D. CLAIMS:

   The following Civil Rights/Constitutional Rights has been violated:

### CLAIM I

1. On 2 Jan 1961 the petitioner filed with all agencies involved to
consolidate all medical records worldwide for the petitoner, no response
or action received, on 4 May 1977, all agencies involved were notified
to transfer all medical records to The Distrist of Columbia District
Court for pernment retention through all legal proceedings in CA., IL.,
and VA.,. The petitioner request the Court issue a manadamus to compel
the Inspector General to finally provide all medical records under the
control of Social Security to the District Court Chicago IL., for
validation by the petitioner, and forward to the District Court District
of Columbia for pernment retention through out all proceedings of CA.,
IL., and VA., the records will be used for a disability review hearing
filed 4 May 1977, committee 5 ECHO E of The Secretary of The Navy Court
in the District Court of Columbia, with appropriate agencies.  Bureau
of Prisons and Public Health Service are not nor have ever been involved
the this proceedings in the District of Columbia, there are other proceed-
ings in District Of Columbia (FALSE IMPRISONMENT, WAREHOUSING AND DENIAL
OF MEDICAL TREATMENT), is not a Department of The Navy Proceeding.

SOCIAL SECURITY RECORDS ARE LOCATED AS FOLLOWING:

1.  Saint Mary's of Nazareth Chicago IL.,
2.  Saint Anne's of West Thomas Annex Chicago IL.,
3.  Riverside General CA.,
4.  Loma Linda University Medical Center CA.,
5.  Potomac Hospital, Woodbridge VA.,
6.  Duke University Durham NC.,
7.  Social Security Riverside Ca.,
8.  State Disability Insurance (San Bernadino CA., OFFICE).
9.  Workmens Compensation (San Bernadino CA., OFFICE)
10. Social Security Waukegan IL.,

11.   Illinois Department of Public Aid, Waukegan IL.,

12.   Social Security 1200 W. Division Street Chicago IL., 60622

13.   Illinois Department of Public Aid. 412 N. Milwaukee Avenue Chicago IL., 60622

14.   Social Security 2100 N. California Avenue Chicago IL., 60622

15.   Social Security 730 Peachtree Street N.W. 30323

When the records have been validated and forward to the District of Columbia District Court for hearing, and the agencies in District of Columbia (Department of The Navy and Marine Corps, Veterans Affairs, Social Security, and Washington D.C. Police Department, will sign the pre-hearing for State of CA., and forward the petitions to CA., the formal hearing in CA., will take place after all other proceedings outside of CA., are completed, as of todays date no proceedings has been held outside of CA.,. After all proceedings in District of Columbia and Raleigh NC., to include Bureau of Prisons, and Public Health Serivce proceedings also have to be completed before any proceedings in CA.,. The proceedings in CA., are from 1 September 1939, thru 4 April 1984, in CA., the petitioner left this date and is not responsible for anything after this date. If the State of CA., wants a hearing with a President The 41ST is available the current Presidents Father, for a **POSTHUMOUS** award for the **CONGRESSIONAL MEDAL OF HONOR** to Actress **AUDREY HEPBURN** for services during World War II, as member of the Netherlands RESISTANCE AND FRENCH FOREIGN LEGION.  President George Bush born 1924.

CLAIM I PERTAINS TO INSPECTOR GENERAL SOCIAL SECURITY

## CLAIM II

1.   On 2 Jan 1961 the petitioner filed with all agencies involved to consolidate all medical records worldwide for the petitioner, no response or action received, on 4 May 1977, all agencies involved were notified to transfer all medical records to The District Of Columbia District Court for pernment retention through all legal proceedings in CA., IL., and VA.,.  The petitioner request the Court issue a manadamus to compel the Judge Advocate General to finally provide all medical records and case files of the petitioner, under the control of The Department of The Navy and Marine Corps, to the District Court Chicago IL., for validation by the petitioner, and forward to the District Court District of Columbia for pernment retention through out all proceedings OF CA., IL., AND VA., the records will be used for a disability review hearing filed 4 May 1977, committee 5 ECHO E of The Secretary of The Navy Court

6.

in the District Court of Columbia, with appropriate agencies.  Bureau
of Prisons and Public Health Service are not nor have ever been involved
the this proceedings in the District of Columbia, there are other proceed-
ings in District of Columbia (FALSE IMPRISONMENT, WAREHOUSING AND DENIAL
OF MEDICAL TREATMENT), is not a Department of The Navy Proceeding.

DEPARTMENT OF THE NAVY AND MARINE CORPS RECORDS ARE LOCATED AS FOLLOWING:

1.  Department of The Navy Medical Records both Military and Civil Service
Saint Louis MO.,
2.  Department of The Navy Civil Service Case File Saint Louis MO.,
3.  Department of The Navy and Marine Corps Active Duty Military Case
File Saint Louis MO.,
4.  Department of The Navy Civil Service, NWS SEAL BEACH CA.,
5.  Department of The Navy Civil Service, NS LONG BEACH CA.,
6.  Department of The Navy Civil Service, FLTAC CORONA CA.,
7.  Department of The Navy Medical Records U.S. NAVAL HOSPITAL Great
Lakes IL.,
8.  Department of The Navy Medical Records Military Personel Mainside
(Petitioner was attached to 9th MARINE CORPS DISTRICT), Great Lakes IL.,

    When the records have been validated and forward to the District
of Columbia District Court for hearing, and the agencies in District
of Columbia (Department of The Navy and Marine Corps, Veterans Affairs,
Social Security, and Washington D.C. Police Department, will sign the
pre-hearing for State of CA., and forward the petitions to CA., the
formal hearing in CA., will take place after all other proceedings
outside of CA., are completed, as of todays date no proceedings has
been held outside of CA.,.  After all proceedings in District of Columbia
and Raleigh NC., to include Bureau of Prisons, and Public Health Services
proceedings also have to be completed before any proceedings in CA.,.
The proceedings in CA., are from 1 September 1939, thru 4 April 1984,
in CA., the petitioner left this date and is not responsible for any-
thing after this date.  If the State of CA., wants a hearing with a
President The 41ST is available the current Presidents father, for a
POSTHUMOUS award for the CONGRESIONAL MEDAL OF HONOR to Actress AUDREY
HEPBURN for services during World War II, as member of the Netherlands
RESISTANCE AND FRENCH FOREIGN LEGION.  President George Bush born 1924.

CLAIM II PERTAINS TO JUDGE ADVOCATE GENERAL U.S. NAVY AND MARINE CORPS,,

7

## CLAIM III

1.  On 2 Jan 1961 the petitioner filed with all agencies involved to consolidate all medical records worldwide for the  petitioner, no response or action received, on 4 May 1977, all agencies involved were notified to transfer all medical records to The District of Columbia District Court for pernment retention through all legal proceedings in CA., IL., and VA.,. The petitioner request the Court issue a manadamus to compel the Regional Counsel Veterans Affairs, to finally provide all medical records and case files of the petitioner, under the control of The Department of The Navy and Marine Corps, to the District Court Chicago IL. for validation by the petitioner, and forward to the District Court District of Columbia for pernment retention through out all proceeding of CA., IL., and VA., the records will be used for a disability review hearing filed 4 May 1977, committee 5 ECHO E of The Secretary of The Navy Court in the District Court of Columbia, with appropriate agencies.  Bureau of prisons and public Health Services are not nor have ever been involved the this proceedings in the District of Columbia, there are other proceedings in District of Columbia (FALSE IMPRISONMENT, WAREHOUSING AND DENIAL OF MEDICAL TREATMENT), is not a Department of The Navy Proceeding.

DEPARTMENT OF VETERANS AFFAIRS RECORDS ARE LOCATED AS FOLLOWING:

1.  Regional Director Veterans Affairs (Chicago IL.,), 536 South Clark Street Chicago IL., P.O. BOX 8136, Chicago IL., 60680,
2.  Regional Director Veterans Affairs (Washington D.C.,) 1120 Vermont Avenue N.W. Washington D.C. 20421
3.  Regional Director Veterans Affairs (Los Angeles CA.,) 11000 Wilshire blvd., Los Angeles CA., 90024,
4.  Regional Director Veterans Affairs (Atlanta GA.,) 730 Peachtree Street N.E. Atlanta GA., 30365,
5.  Regional Director Veterans Affairs (Roanoke VA.,) 210 Franklin Road S.W. Roanoke VA., 24011,
6.  Regional Director Veterans Affairs (Winston Salem NC.,), 251 N Main Street, Winston Salem NC., 27101,
7.  Chicago Lakeside Veterans Affairs Health Care System 333 E Huron Street Chicago IL., 60611,
8.  Washington D.C. Veterans Affairs Medical Center 50 Irving Street N.W. Washington D.C. 20422
9.  Loma Linda Veterans Affairs Medical Center 11201 Benton Street Loma Linda CA., 92357,

10.  North Chicago Veterans Affairs Medical Center 3001 Green Bay Road
North Chicago IL., 60064,
11.  Atlanta Veterans Affairs Medical Center 1670 Clairmont Road Decatur
GA., 30033,
12.  Durham Veterans Affairs Medical Center 580 Fulton Street Durham
NC., 27705,
13.  Duke University Medical Center, Durham NC., is infront of Durham
Veterans Affairs Medical Center Durham NC.,

When the records have been validated and forward to the District
of Columbia District Court for hearing, and the agencies in District
of Columbia (Department of The Navy and Marine Corps, Veterans Affairs,
Social Security, and Washington D.C. Police Department, will sign the
pre-hearing for State of CA., and forward the petitions to CA., the
formal hearing in CA., will take place after all other proceedings
outside of CA., are completed, as of todays date no proceedings has
been held outside of CA.,. After all proceedings in District of Columbia
and Raleigh NC., to include Bureau of Prisons, and Public Health Services
proceedings also have to be completed before any proceedings in CA.,.
The proceedings in CA., are from 1 September 1939, thru 4 April 1984,
in CA., the petitioner left this date and is not responsible for any-
thing after this date.  If the State of CA., wants a hearing with a
President The 41ST is available the Current Presidents Father, for a
**POSTHUMOUS** award for the **CONGRESSIONAL MEDAL OF HONOR** to Actress **AUDREY
HEPBURN** for services during World War II, as member of the Netherlands
RESISTANCE AND FRENCH FOREIGN LEGION.  President George Bush born 1924.

CLAIM III PERTAINS TO REGIONAL COUNSEL VETERANS AFFAIRS

E.   REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

On 10 Feburary 1996, Declassification of Military intelligence personnel prevented by secrecy from being considered for decorations and awards, 10:1130 Public Law 104-106 and 18 November 1997 Public Law 105-85 person preformed in carrying out military intelligence duties during the period beginning on January 1 1940 and ending 31 December 1990.  Three years after MS **AUDREY HEPBURN**, past away MS **HEPBURN WAS** Declassified of her involvement in World War II, from the age of 11 thru 16, she was part of the NETHERLANDS RESISTANCE MOVEMENT AND PART OF THE FRENCH FOREIGN LEGION, she killed over 86 Germans, provided safety for over 10,000 down flight crew personnel, fed them and other RESISTANCE fighters with her own rations, which resulted in her earlier passing away at 63, provided intelligence information of The Netherlands, Gernamy Proper, France and intelligence information for the Air Stricks, and Normandy Invasion of 6 Jun 1944.

On 1 April 1944, I STANLEY A. SLUPKOWSKI WAS BORN LEON KOZLOWSKI at Auschwitz Poland, to a Polish prostitute who serviced Germans Officers at the Concentration Camp for the Nazi's at Auschwitz Poland, Mother Anna A15083 was executed 30 minutes after giving birth to son, then LEON KOZLOWSKI was taken to The Warsaw Ghetto Poland and was part of the Polish Resistance of The French Foreign Legion, until 1 Sep 1946, then taken to Chicago Il., and given to the Slupkowski whos son died, and taken his name of Stanley A Slupkowski and Stanley was buried as Leon Kozlowski in Saint Alaberts Cementry Niles IL.,. On 1 March 1948, was placed back into the FRENCEH FOREIGN LEGION and sent to French Indo China for 6½ years, returned to U.S. on 1 September 1954, 2½ years World War II and 6½ French Indo China the petitioner was a combat Veterans of **NINE** years at age 10.  The youngest Combat Veteran to receive treatment at LAKESIDE VETERANS AFFAIRS MEDICAL CENTER CHICAGO IL.,. 2 July 1962.  The treatment was based on 38:109 Service Allied Armed forces during World War II.  The petitione at that time was part of the U.S. ARMY JUNIOR RESERVE OFFICER CORPS, and at a physical was declared not qualified for flight status, The Commanding General Headquarters 5TH U.S. ARMY then stationed at 55TH and Hyde Park Chicago IL., directed the Veterans Affairs Medical Center Lakeside Chicago IL., to Provide Medical treatment.  On 23 Aug 1963, the petitioner joined The U.S. Marine

Corps served 14 years active duty, served THREE ONE YEARS TOURS VIETNAM
Pursuant To 38:1110 is entitled to service connected disability which
the petitioner already had from 2 July 1962, reissued 4 May 1977, funding
since 2 JAN 1978 thru present.  The petitioner served over 10 years in
The Department of The Navy and is entitled to pension payable by the
Veterans Affairs unless supplemented by The Department of The Navy,
entitled to service connected disability Pursuant To: 10:1552.

**AUDREY HEPBURN** is also entitled to Veterans Benefits Pursuant To:
38:109, service Allied Armed Forces, World War II, the  petitioner has
filed with Secretary of Veterans Affairs for Review of **AUDREY HEPBURN**
records, and has requested The Secretary of Veterans Affairs to contact
the French and English Embassy's in Washington D.C. for validation of
service.  For The Regional Counsel also contact the French and English
Embassy's in Washington D.C. for validation of the petitioner in the

FRENCH FOREIGN LEGION, Regional Director Veterans Affairs (Chicago),
(Lakeside) Veterans Affairs Medical Center Chicago IL., were both ordered
2 July 1962, by the Commanding General 5TH U.S. ARMY, to provide the
petitioner with service connected disability for service in the Allied
Armed Forces, World War II 2½ Years, and French Indo China 6½ years.
The petitioner and **MS HEPBURN** both came to the U.S. States under The
United Nations Displaced Persons Orphan Program of World War II,
MS HEPBURN, father when the war started abandoned his family and went
to England, before the Germans invaded The Netherlands, he was a banker.
The petioner was born Leon Kozlowski Nazi Conceration Camp Auschwitz
Poland, 1 April 1944, then transfered to Warsaw Ghetto Poland, Severed
as Battery Commander 1 Polish 155MM Gun Battery and sole surviver, and
their legacy, petitioners mother was a Polish prostitute since 12
serving German Officers at Auschwitz Poland, Anna A15083 Executed age
16 after birth of son.  The Department of The Navy and Marine Corps in
Vietnam stationed the petitioner at the same place the petitioner
spent 6½ years HUE PHU BIA, with the FRENCH FOREIGH LEGION, IN FRENCH
INDO CHINA, across the road of the position was LIMA Battery 4TH
Battalion 12TH Marines, a 155MM Gun Battery.  The petitioner was at
**HOME**.  The petitioner was sent to FRENCH INDO CHINA WITH THE FRENCH
FOREIGN LEGION, because foster mother was having sexual intercourse
with petitioner since before two and before three the petitioner finally
seen the Catholic Church, and was told children should be seen not
heard, and the petitioner was sent to CA., met his uncle Leo Slupko

chief executive officer Lockheed Martin aircraft corporation, the
petitioner was put back into the FRENCH FOREIGH LEGION so an employee
of Lockheed Martin could receive anmesty for crimes against humanity,
from FRANCE.  Probably one of the individuals that executed the petitioners
mother.  Lockheed Martin is also known for putting other childred and
others in Allied Armed Forces so employees of Lockheed Martin could
evade the Draft of Military Service.  The Catholic Church and Solidarity
both in Chicago IL., can validate the petitioners and others, that
many **ATROCITIES,** took place during World War II, chileren servéd in
the resistance movements, Warsaw Ghetto and Auschwitz did take place
many of children who served in the resistance movement came to the U.S.
under the United Nations Displaced Person Orphan Program of World War
II.  The, anmesty program of France for individuals who were caught
in the Humanities of war were provide for service 6 or more years in
FRENCH INDO CHINA, were pardon.

For the Regional Counsel to contact The Department of The Navy and
Marine Corps, and validate the over 14 years active duty, three one
year tours Vietnam, and is entitled and receiving service connected
disability payments, and treatment under the Veterans Affairs, for
the Regional Counsel Veterans Affairs to provide all records of the
petitioner listed in Claim III of the petitioner to the Distirct Court
Chicago IL., for validation and transfer to District of Columbia District
Court for pernment, retention and hearing.

For the Judge Advocate General to Contact The Department of The
Navy Judge Advocate General Washington Navy Yard Washington D.C. to
contact the petitioner for proceedings pertaining the Discharge of the
petitioner from the U.S. Marine Corps for Hearing Pursunt To: 10:1552,
10:6160 and 38:109, for rights and entitlements, Secretary of the Navy
ordered the Veterans Affairs to provide pension and treatment, petitioner
requested same, Regional Director Veterans Affairs Washington D.C. and
Washington D.C. Medical Center, is place of custody not CA., petitioner
was only in CA., as a Naval Service Employee stationed FLTAC Corona CA.,
wife was stationed MCAS El Toro CA.,. VAMC Washington D.C. since 4 May
1977.  Pursuant To: 10:6160 petitioner was in CA., for trial work and
Veterans Affairs was to provide treatment.  The petitioner was to have
received a Hearing with Department of The Navy and Marine Corps, Veterans

/2

Affairs, and Social Security, The District of Columbia Police Department will also be attending.  Pursuant To: 10:1552, the petitioner is entitled to the disability review hearing and one every six years there after, with Veterans Affairs and Social Security to provide annual hearing for readjustment of disability and payments, nothing has taken placed since 4 May 1977.  Department of The Navy and Marine Corps, Veterans Affairs owe the petitioner 31 Years of entitlements and payments.

For The Judge Avocate General to provide all records of the petitioner listed in Claim II of the petitioner to the District Court Chicago IL., for validation and transfer to District of Columbia District Court for pernment, retention and hearing.

The DISTRICT COURT shall have original jurisdiction of any action in the nature of manadamus to compel an officer or employee of the United States or any agency thereof to preform a duty owed to the petitioner.

"FOR THE DISTRICT COURT OF NORTHERN ILLINOIS CHICAGO IL., SHALL HAVE ORIGINAL JURISDICTION OF ANY ACTION IN THE NATURE OF MANADAMUS TO COMPEL THE INSPECTOR GENERAL FOR THE SOCIAL SECURITY INVESTIGATION DIVISION SPECIAL AGENT IN CHARGE, 200 W. ADAMS STREET STE 2951 CHICAGO IL PH 312-353-8516 TO RESEND THE"

"100% UNCOOPERATIVENESS ORDER ISSUED BY MS HOUSKA SOCIAL SECURITY RIVERSIDE CA., ON 28 FEB 1984, AND SOCIAL SECURITY HAS REFUSED TO RESEND THE 100% UNCOOPERATIVENESS ORDER OR APPEAR IN COURT IN CA., IL., VA., GA., NC., AND WASHINGTON D.C., SINCE 29 FEB 1984"

"TO ORDER ALL FEDERAL MILITARY, STATE, AND LOCAL AGENCIES TO START "COOPERATING AND COMMUNITION WITH THE PETITIONER WORLD WIDE"

For The Inspector General to provide all records of the petitioner listed in Claim I of the petitionerto the the District Court Chicago IL., for validation and transfer to District of Columbia District Court for pernment, retention and hearing.

"FOR THE INSPECTOR GENERAL SOCIAL SECURITY, JUDGE ADVOCATE GENERAL NAVY AND MARINE CORPS, AND VETERANS AFFAIRS REGIONAL COUNSEL TO SEARCH THEIR ARCHIVES, CENTRAL FILES AND LOCAL OFFICES FOR ANY RECORDS PERTAINING TO THE PETITIONER AND FORWARD THEM TO DISTRICT COURT CHICAGO IL., FOR VALIDATION"

SSAN 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 (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 Prior to 1968), USMC 2051859 OR SSAN, VAC 29-750-637.  SDI SAN BERNIDINO CA., USED 1293T. 1946 THRU PRESENT

Committee 5 ECHO E, is currently in the Appeals Court for
Federal Circuit 717 Madison Place N.W. Washington D.C.  Copy of this
petitioner will be sent to the District Court of Columbia to hold for
the Appeals Court to return the petitioner for hearing, and to provide
the District of Columbia District Court notice of forthcomming Medical
Records and Case Files for hearing from District of Northern, IL.,.

22 APR 2008                         STANLEY A. SLUPKOWSKI PRO SE:

CERTIFICATE OF SERVICE

DISTRICT CLERK                      7005 0390 0005 4601 1434
U.S. DISTRICT COURT                 RETURN RECEIPT REQUESTED
NORTHERN DISTRICT OF IL.,
219 SOUTH DEARBORN STREET
CHICAGO IL., 60604


DISTRICT CLERK                      7005 0390 0005 4601 1441
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE N.W.
WASHINGTON D.C. 20001-2802


22 APR 2008
                                    STANLEY A. SLUPKOWSKI PRO SE:
                                    FMC 19289-083 BLDG 1-2
                                    FEDERAL MEDICAL CENTER
                                    P.O. BOX 4000
                                    ROCHESTER MN., 55903-4000