**PRISONER CASE**

08CV3095
JUDGE MANNING
MAG. JUDGE VALDEZ

UNITED STATES DISTRICT
NORTHERN DISTRICT OF

Civil Cover Sheet

| | |
|---|---|
| **Plaintiff(s):** STANLEY A. SLUPKOWSKI | **Defendant(s):** OFFICE OF THE INSPECTOR GENERAL FOR THE SOCIAL SECURITY INVESTIGATIONS |
| **County of Residence:** US, Outside the State of IL | **County of Residence:** |
| **Plaintiff's Address:**<br>Stanley A Slupkowski<br>#19289-083<br>Rochester - FMC<br>P.O. Box 4000<br>Rochester, MN 55903 | **Defendant's Attorney:**<br>AUSA<br>United States Attorney's Office<br>219 South Dearborn<br>Chicago, IL 60604 |

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 2. U.S. Government Defendant
☐ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**FILED MAY 29 2008**
May 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 28:1331b

**Jury Demand:** ☐ Yes ☑ No

**Signature:** A. E. Woodham  **Date:** 05/28/2008