# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | BLANCHE M. MANNING | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3095 | **DATE** | 7/25/2008 |
| **CASE TITLE** | Stanley A. Slupkowski (#19289-083) v. Office of the Inspector General for the Social Security Investigations Assistant, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff is given 30 days from the date of this order either to file an *in forma pauperis* application on the enclosed form with the information required by § 1915(a)(2) or to pay the full $350 filing fee. The Clerk is directed to send Plaintiff an *in forma pauperis* application along with a copy of this order. Failure to comply with this order within 30 days will result in summary dismissal of this case

■ [For further details see text below.]  Docketing to mail notices.

## STATEMENT

  Plaintiff Stanley A. Slupkowski, currently an inmate at the Federal Medical Center in Butner, North Carolina, brings this *pro se* action seeking to compel an officer of the United States to perform his duty. Plaintiff is civilly committed under 18 U.S.C. §§ 4246 and 4247. *See Slupkowski v. The United States*, No. 5:07-ct-03010-H (E.D.N.C. (order of April 18, 2007, Howard, J.)). The Prison Litigation Reform Act accordingly does not apply to him. Nonetheless, Plaintiff has neither paid the filing fee nor filed a petition for leave to file *in forma pauperis*. If Plaintiff wishes to proceed with this case *in forma pauperis* he must file an *in forma pauperis* application on the form required by the rules of this court together with a certified copy or copies of his trust fund statements reflecting all activity in his accounts in the immediately preceding six-month period.

  Plaintiff must, on or before 30 days from the date of this order, **either** file an *in forma pauperis* application on the enclosed form with the information required by § 1915(a)(2) **or** pay the full $350 filing fee. Failure to comply with this order within 30 days will result in summary dismissal of this case

| | Courtroom Deputy Initials: | CLH |
|---|---|---|